Order issued October 18, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-11-01142-CV

**ADDISON LIMOS, LLC, MAHMOOD GHASREKHALILI D/B/A ADDISON XPRESS CAR AND LIMOSINE SERVICE AND FATEMA FAIYAZ, Appellants**

V.

**CINEMACAR LEASING, INC., Appellee**

## ORDER

The Court received Appellee's Motion to Dismiss Appeal as Moot. We **ORDER** Appellants to file a response by **October 29, 2012.**

If the Court does not receive a response, the Court shall consider the motion and proceed accordingly when the case is submitted without oral argument on November 7, 2012.

MICHAEL J. O'NEILL
PRESIDING JUSTICE